PROB 12A
(Revised 05/2011)

# United States District Court
for
Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: <u>Melvin Nathaniel Comer, Jr.</u>  Case Number: <u>3:11-00200-1</u>

Name of Judicial Officer: <u>Honorable Kevin H. Sharp, Chief U.S. District Judge</u>

Date of Original Sentence: <u>March 22, 2013</u>

Original Offense: <u>21 U.S.C. § 841(a)(1) Distribution of Crack Cocaine</u>

Original Sentence: <u>30 months' custody and three years' supervised release</u>

Type of Supervision: <u>Supervised release</u>  Date Supervision Commenced: <u>December 30, 2014</u>

Assistant U.S. Attorney: <u>To be determined</u>  Defense Attorney: <u>Sumter L. Camp</u>

---

The Court orders:

☒ No Action Necessary at this Time
☐ Submit a Request for Modifying the Condition or Term of Supervision
☐ Submit a Request for Warrant or Summons
☐ Other

Considered this <u>19th</u> day of <u>June</u>, 2015, and made a part of the records in the above case.

Kevin H. Sharp
Chief U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted,

Amanda Michele
U.S. Probation Officer

Place  Nashville, TN

Date  June 15, 2015

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| **1.** | **The defendant shall not commit another federal, state, or local crime.** |

On April 29, 2015, Mr. Comer was charged with Driving on a Revoked License, in Davidson County, Tennessee. His next court appearance in Davidson County General Sessions court is September 28, 2015.

According to Mr. Comer, he was driving on the evening of April 29, 2015, due to the fact that his cousin had too much to drink and could not drive himself.

**Compliance with Supervision Conditions and Prior Interventions:**
Melvin Nathaniel Comer, Jr., is unemployed and lives in Nashville, Tennessee, with his mother and brother. He began his term of supervised release on December 30, 2014, and his supervision is due to terminate on December 29, 2017.

A report was submitted to the Court on February 19, 2015, regarding Mr. Comer's violations of Driving on a Suspended License on February 7, 2015, and February 17, 2015. The Court ordered no action on February 19, 2015.

Following each arrest for Driving on a Revoked License, the probation officer reminded Mr. Comer that driving without a valid driver's license is illegal. He reported his fines, for his previous driving offenses, were reduced to $750.00, during his residency at the halfway house, while in the custody of the Bureau of Prisons. Mr. Comer was encouraged to contact the Department of Motor Vehicles and apply to be enrolled in the slow-pay program in order to drive with restrictions. The probation officer informed him that another arrest/citation for Driving on a Revoked License will result in a request for a hearing before the Court.

Both of Mr. Comer's Driving on a Revoked License charges from February 2015 have been resolved, one dismissed and the other with a plea of guilty. The guilty plea involved a time served sentence of three days and court costs. The probation officer has continued to encourage Mr. Comer to become enrolled in the Department of Motor Vehicles' payment assistance plan in order to help him pay down the debt and eventually obtain a valid driver's license.

A report was submitted to the Court on April 20, 2015, regarding Mr. Comer's violations of testing positive for illegal drugs, on two different occasions. The Court ordered no action on April 20, 2015.

In regard to his substance abuse treatment, Mr. Comer was immediately referred to Centerstone Mental Health, following his release from incarceration in December 2014. He participated in that assessment on January 15, 2015, and weekly group therapy was recommended by his therapist. Mr. Comer is currently participating, infrequently, in substance abuse therapy. Since his last positive drug test on April 10, 2015, Mr. Comer has been drug tested on seven different occasions, and all results were negative for illegal drugs.

Following his most recent Driving on a Revoked License arrest, the probation officer, again, re-instructed Mr. Comer to not drive without a valid driver's license. He has been informed that any further noncompliance with the conditions of his supervised release will result in request for a hearing before Your Honor.

**U.S. Probation Officer Recommendation:**
The probation officer is recommending that no additional action be taken by the Court at this time. It is requested that Mr. Comer remain on supervised release, obtain his driver's license, participate in substance abuse treatment, and not incur any future violations. The U.S. Attorney's office has been advised of the offender's noncompliance and is in agreement with this recommendation.


Approved: _____
Britton Shelton
Supervisory U.S. Probation Officer