*Kevin H. Sharp (signature)*

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 3:11-cr-00200 |
| ) | Judge Sharp |
| MELVIN NATHANIEL COMER, JR. ) | |

## MOTION TO SUBSTITUTE COUNSEL

Comes now the United States of America, by and through the undersigned attorney, and moves the Court to substitute Assistant United States Attorney (AUSA) Joseph P. Montminy for AUSA Jimmie Lynn Ramsaur.

Respectfully submitted,

DAVID RIVERA
United States Attorney

By: *s/ Joseph P. Montminy*
JOSEPH P. MONTMINY
Assistant United States Attorney
110 9th Avenue South - Suite A-961
Nashville, Tennessee 37203-3870
Telephone: 615-736-5151

## CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2015, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system.

*s/ Joseph P. Montminy*
JOSEPH P. MONTMINY
Assistant United States Attorney